# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YUMENG WANG, | : |
| Plaintiff, | : Case No. 1:23-CV-01240 GBW |
| v. | : |
| SLM CORPORATION d/b/a SALLIE MAE, | : |
| Defendant. | : |

## [PROPOSED] STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Yumeng Wang and Defendant, SLM Corporation d/b/a Sallie Mae, by and through their undersigned counsel, stipulate and agree to the dismissal of all claims in the above-captioned action with prejudice.

Each party shall bear its own fees and costs.

| | |
|---|---|
| SALMON, RICHEZZA,<br>SINGER & TURCHI, LLP | STRADLEY RONON<br>STEVENS & YOUNG, LLP |
| /s/ Ronald L. Daugherty<br>Ronald L. Daugherty (ID No. 5713)<br>222 Delaware Avenue, 11th Floor<br>Wilmington, DE 19801<br>Tel: 302-396-8397<br>Email: rdaugherty@srstlaw.com<br>*Attorneys for Plaintiff* | /s/ Joelle E. Polesky<br>Joelle E. Polesky (ID No. 3694)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Tel: 302-295-4856<br>Email: jpolesky@stradley.com<br>*Attorneys for Defendant* |

Dated: May __, 2025

SO ORDERED this __14th__ day of __May__, 2025.

_____
Honorable Gregory B. Williams

2

7595521